

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-26-00426-CV

**IN RE** Lindsay **O'NEAL**

Original Proceeding[1]

PER CURIAM

Sitting:      Rebeca C. Martinez, Chief Justice
H. Todd McCray, Justice
Velia J. Meza, Justice

Delivered and Filed: June 10, 2026

PETITION FOR WRIT OF MANDAMUS DENIED

Relator, Lindsay O'Neal, filed her petition for writ of mandamus and accompanying record on June 1, 2026. Having considered the petition and the record, this court has determined that O'Neal has not established that she is entitled to the relief requested. *See* TEX. R. APP. P. 52.8(a). The petition for writ of mandamus is denied.

PER CURIAM

---

[1]This proceeding arises out of Cause No. 26-0031-CV-E, styled *C3E2 Services, LLC v. Lindsay Ann O'Neal*, pending in the 456th District Court, Guadalupe County, Texas, the Honorable Heather H. Wright presiding.